**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brandon Williams, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00455 |
| Douglas Collins, | § § § | |
| Defendant. | § | |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S OBJECTIONS TO**
**DEFENDANT'S EXHIBIT LIST**

Defendant hereby submits the following responses to Plaintiff's objections to Defendant's proposed exhibit list.

**Ex. 5 Resume of Megan Myers**

Fed. R. Evid. 803, 807

Plaintiff objects to the resume of Megan Myers, yet this document is on Plaintiff's exhibit list as PX 27.

Moreover, the resume of Megan Myers is not being offered for the truth of the matter asserted, but may be used to show Dr. Huff's notice and belief of Ms. Myers' skills and qualifications, which would have been the basis for his selection decision and is directly at issue. Further, this exhibit falls under the residual exception under Rule 807 because there is no reason to doubt the truth of the document.

In the alternative, should this objection be sustained, Plaintiff's resume (PX 10) should be removed from Plaintiff's exhibit list as it suffers from the same issues as those alleged by Plaintiff regarding this exhibit.

**Ex. 13 Staffing and Recruiting: Hybrid Title 38 Non-Competitive Hiring**

Fed. R. Evid. 803

This document is not excluded by the rule against hearsay because it is a government document and public record under Rule 803(8). Moreover, the document is complete, so there is no violation of the rule of optional completeness.

Dated: January 5, 2026

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: */s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney
Southern District No. 3257790
Texas Bar No. 24106434
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9600
Fax: (713) 718-3300
E-mail: myra.siddiqui@usdoj.gov

Ariel N. Wiley
Assistant United States Attorney
Texas Bar No. 24093366
Federal ID No. 2554283
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9000
Facsimile: (713) 718-3300
Email: ariel.wiley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on January 5, 2026, the foregoing was filed and served on counsel for Plaintiff via the Court's CM/ECF system.

/s/ *Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney