**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON**

| | | |
|---|---|---|
| **BRANDON WILLIAMS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:23-cv-00455** |
| | § | |
| **DOUGLAS A. COLLINS, SECRETARY** | § | |
| **OF THE DEPARTMENT OF** | § | |
| **VETERANS AFFAIRS** | § | |
| **Defendant.** | § | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S OBJECTIONS
TO DEPOSITION DESIGNATIONS AND OTHER DISPUTED ITEMS**

Plaintiff Brandon Williams responds in opposition to Defendant objections to Deposition Designations and Other Disputed Items, stating as follows:

**DEPOSITION DESIGNATIONS**

Defendant objects to the background for Plaintiff's question to Ms. Myers from page 15:2 of the transcript to line 15:17, asserting it is a "long narrative by the Plaintiff's Counsel," but as the subsequent lines the prior lines 14:24-15:1 clarify, the witness was confused by the simple questions "did he tell you the nature of the type of clients you would be serving.?"

Accordingly, lines 15:2 – 17 clarify what the questions means in regard to the "nature of the type of clients Myers would be serving, and lines 15:18-19 make clear, the so-called narrative is merely the "background" for the question so that the witness understood what was being asked and was able to answer it. Just as the witness was confused by a simple and unconfusing question, so too might the jury, and as such, lines 15:2-17 are permissible background to the question that the Defendant agrees may be asked, and lines 15:2-17 are not prejudicial.

**Plaintiff's Brief Opposing Defendant's Objections to Deposition Designations – Page 1 of 2**

**OTHER DISPUTED ITEMS**

Plaintiff has now formally Responded in Opposition to Defendant's Objections filed as Dkts 66, 67, 68 and 70. Out of an abundance of caution, and having responded to all formal objections, Plaintiff further states that the lack of any additional briefing on other issues is not a waiver of any objections or assertions, but is a recognition that Plaintiff understands all disputed matters have been briefed and are otherwise ready for the future Pretrial conference.

Respectfully submitted,

*/s/ Eric N. Roberson*

Eric N. Roberson
State Bar No.00792803
ENR@kilgorelaw.com
Kilgore & Kilgore, PLLC
3141 Hood Street, Ste. 500
Dallas, Texas 75219
(214) 379-0817Telephone
(214)379-0840 Telecopy
**ATTORNEY FOR PLAINTIFF**
**BRANDON WILLIAMS**

## CERTIFICATE OF SERVICE

This is to certify this document was served on the following counsel of record by email through the electronic filing system of the court on this 5th day of January 2026 to all Counsel of Record.

*/s/ Eric N. Roberson*

Eric N. Roberson

**Plaintiff's Brief Opposing Defendant's Objections to Deposition Designations – Page 2 of 2**