**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRANDON WILLIAMS** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Case No. 4:23-cv-00455** |
| **DOUGLAS A. COLLINS,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jay M. Patterson, of the law firm McDowell Hetherington LLP hereby enters his appearance as counsel for the Plaintiff, Brandon Williams in the above-styled and numbered action. Attorney Eric Roberson of the law firm Kilgore & Kilgore, PLLC remains as lead trial counsel and attorney in charge on behalf of Plaintiff.

The undersigned requests that all notices, pleadings, orders, and correspondence in this matter be served electronically via the Court's CM/ECF system and/or at the contact information listed below.

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

/s/ *Jay M. Patterson*
Jay M. Patterson
State Bar No. 24113434
SDTX ID No. 3522858
1001 Fannin Street, Ste. 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
jay.patterson@mhllp.com
**ATTORNEY FOR PLAINTIFF,**
**BRANDON WILLIAMS**

## **CERTIFICATE OF SERVICE**

I certify that on April 10, 2026, a true and correct copy of the foregoing Notice of Appearance was filed electronically using the Court's CM/ECF system, which will send notice of such filing to all counsel of record who are registered CM/ECF users.

/s/ *Jay M. Patterson*
Jay M. Patterson