United States Courts
Southern District of Texas
FILED

*4/15/2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BRANDON WILLIAMS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | **Civil Action No. 4:23-cv-00455** |
| DOUGLAS A. COLLINS, SECRETARY | § | |
| OF THE DEPARTMENT OF | § | |
| VETERAN AFFAIRS | § | |
| DEFENDANT. | § | |

## PLAINTIFF'S EXHIBIT LIST

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Brandon Williams files this his Exhibit List. Plaintiff Williams proposes the following exhibits in his case in chief, which he reserves the right to offer or not offer into evidence.

## A. Exhibit List

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| PX1 | VA Handbook on Social Work Position Williams 00001-32 | ✓ | | 1-14-26 | |
| PX2 | Breakdown of GS 85 Series VA_1135-1139 | ✓ | | 1-14-26 | |
| PX3 | January 25, 2023 USA Jobs Email Williams 000042-43 | ✓ | ✓ | 1-14-26 | |
| PX4 | Functional Statements GS-185-09; VA_202-206 | W/DRAWN | | | |

| | | OFF | OBJ | Date ADM | Date W/ADM |
|---|---|---|---|---|---|
| PX5 | Spreadsheet of Jobs Applied for by Williams - Williams 000066-75 | ✓ | ✓ | 1-14-26 | |
| PX6 | Position Designation Record – GS-185-09; VA_207 | ✓ | | 1-14-26 | |
| PX7 | Notice of Termination VA_135 | ✓ | | 1-14-26 | |
| PX8 | Termination Memorandum to Brandon Williams; VA_137 | ✓ | | 1-14-26 | |
| PX9 | Job Opening – Hiring Manager Checklist VA_147 | ✓ | | 1-14-26 | |
| PX10 | Brandon Williams CV VA_182-183 | ✓ | | 1-14-26 | |
| PX11 | Notification of Personnel Action – Kodie Henscheid ; VA_142 | ✓ | | 1-14-26 | |
| PX12 | Emails – Stan Huff / Megan Myers VA 159-165 | ✓ | | 1-14-26 | |
| PX13 | Megan Myers Appointment to Position; VA_139 | ✓ | | 1-14-26 | |
| PX14 | Notification of Personnel Action – Megan Myers; VA_142 | W/drawn | | | |
| PX15 | Emails – Stan Huff – RE: Kodie Henscheid VA 169-170 | ✓ | | 1-14-26 | |

| | | OFF | OBJ | Date ADM | Date N/ADM |
|---|---|---|---|---|---|
| PX16 | RCS Recruitment & Manager Checklist – Temporary Position VA_188-190 | ✓ | ✓ | 1-14-26 | |
| PX17 | Memorandum – Backfill Position VA_197 | ✓ | ✓ | 1-14-26 | |
| PX18 | No Fear – Policy Statement VA_119 | | | | |
| PX19 | Declaration of Megan Meyers VA_121-123 | | | | |
| PX20 | Declaration of Stan Huff VA_125-127 | | | | |
| PX21 | Declaration of Larry R. Bell, Jr. VA_129-130 | | | | |
| PX22 | Declaration of Carly M. Melewski VA_132-133 | | | | |
| PX23 | EEO Complaints of Brandon Wiliams VA_005-6; VA-1420-1421 | | | | |
| PX24 | Written Warning to Brandon Williams for EEO Complaint VA_1151 | ✓ | | 1-14-26 | |
| PX25 | Job Opening emails – June 6, 2022 VA_1410-1419 | ✓ | ✓ | 1-14-26 | |
| PX26 | Female Transfer/Referral Emails VA_1484-1493 | ✓ | | 1-14-26 | |

| | | OFF | OBJ | Date ADM | Date N/ADM |
|---|---|---|---|---|---|
| PX27 | Megan Myers – CVs and email VA_1515-1525 | ✓ | | 1-14-26 | |
| PX28 | Prior Statement of Dr. Huff – VA_1536-1538 | ✓ | ✓ | 1-14-26 | |
| PX29 | Prior Statement of Dr. Huff – VA_1539 | ✓ | ✓ | | |
| PX30 | Prior Statement of Dr. Huff – VA_1554-1571 | ✓ | ✓ | | 4-15-26 |
| PX31 | Functional Statements GS-185-11; VA_1581-1586 | ✓ | | 1-14-26 | |
| PX32 | Huff - Request for Direct Hire VA-1678 | ✓ | | 1-14-26 | |
| PX33 | Direct Hire Email Chain VA_1685-1698 | ✓ | | 1-14-26 | |
| PX34 | Direct Hire Email Confirmation VA_1703-04 | ✓ | | 1-14-26 | |
| PX35 | Huff Email Chain VA_1707-1714 | ✓ | ✓ | 1-14-26 | |
| PX36 | Text Messages between Dr. Huff and Megan Myers - VA_1083-1104 | ✓ | ✓ | | 4-15-26 |
| PX37 | GS- 9 Social Worker/ Readjustment Counselor Requirements per USAjobs.gov – VA_00070-71 | ✓ | | 1-14-26 | |
| PX38 | UT Health – Application Documentation Williams 000040-41 | ✓ | ✓ | | |

| | | OFF | OBJ | Date ADM | Date N/ADM |
|---|---|---|---|---|---|
| PX39 | VA Website — Williams Success Story Williams 000044-45 | ✓ | ✓ | | |
| PX40 | Williams Job Acceptance E-mail Williams 000047-48 | ✓ | ✓ | 1-14-26 | |
| PX41 | Williams Medical and Insurance Records Williams 000051-60 | ✓ | ✓ | 1-14-26 | |
| PX42 | Williams USA Jobs Social Worker Job Application Receipt and Details Williams 000061-65 | ✓ | | 1-14-26 | |
| PX43 | Williams VA PTSD Certification Williams 000076 | ✓ | | 4-13-26 | |
| PX44 | Thank You Letters of Recommendation Williams 000117-120 | ✓ | ✓ | | |
| PX45 | Medical Records — Gastroenterology Diagnostic Center. Williams 000137-151 | ✓ | ✓ | 1-14-26 | |
| PX46 | Medical Records — HCA Williams 000152-195 | ✓ | ✓ | 1-14-26 | |
| PX47 | Dr. Huff Memorandum | ✓ | | 4-14-26 | |
| PX48 | USAJOBS -Social Worker | ✓ | ✓ | 4-15-26 | |
| PX49 | USAJOBS - MAFT | ✓ | ✓ | 4-15-26 | |

Eric N. Roberson
State Bar No. 00792803
ENR@kilgorelaw.com
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500