## VERDICT FORM

### Question No. 1

Has the Plaintiff proved by a preponderance of the evidence that his sex was a motivating factor in the Defendant's decision to not hire the Plaintiff for the permanent position?

Answer "Yes" or "No."

 No

If you answered Question No. 1 "Yes", answer Question No. 2. Otherwise,

proceed to the last page entitled "Verdict Certificate" and complete it.

1

## Question No. 2

Has the Defendant proved by a preponderance of the evidence that it would have made the same decision to not hire the Plaintiff even if it had not considered his sex?

Answer "Yes" or "No."

_____

If you answered Question No. 2 "Yes", proceed to the last page entitled "Verdict Certificate" and complete it.

If you answered "No", answer Question 3.

## Question No. 3

What sum of money, if paid now in cash, would fairly and reasonably compensate the Plaintiff for the damages, if any, you have found the Defendant caused the Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Wages and benefits from July 8, 2022, to November 30, 2023.

   _____

2. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

   _____

Complete the Verdict Certificate and hand it to the court security officer.

3

## VERDICT CERTIFICATE

✓_____    Our verdict is unanimous. All eight of us have agreed to each and every

answer.  The presiding juror has signed the certificate for all eight of us.

Date: _____4/15/2026_____

4